UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



United States Courts
Southern District of Texas
FILED

JUL 12 2017

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER: 4:17-CR- |
| WILLIE JOE SOWELL, a.k.a. WILLIE JOE ROBINSON, a.k.a. ANTHONY JOHNS, Defendant. | § § § § | 17 CR 429 |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### Count One

*(Threatening Communication: Hoax Bomb* – Title 18 U.S.C. § 844(e))

On or about June 5, 2017, within the Houston Division of the Southern District of Texas and elsewhere, the defendant,

**Willie Joe Sowell, a.k.a. Willie Joe Robinson, a.k.a. Anthony Johns**

by means and use of an instrument of interstate commerce, that is, a telephone, did willfully make a threat, and knowingly and maliciously convey false information concerning an attempt to and alleged attempt to injure and intimidate persons and unlawfully damage and destroy a building and real property, namely the Bob Casey Federal building located at 515 Rusk, Houston, Texas, by means of an explosive, knowing the same information to be false.

In violation of Title 18, United States Code, Section 844(e).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

Abe Martinez
ACTING UNITED STATES ATTORNEY
BY: _____
Joe Porto
Assistant United States Attorney